2100 B (12/15)

# United States Bankruptcy Court

WESTERN DISTRICT OF PENNSYLVANIA
Case No. 16-20484-CMB
Chapter 13

In re: Debtor(s) (including Name and Address)

| | |
|---|---|
| Jonathan J. Dudek<br>110 Scott Road<br>Pittsburgh PA 15239 | Mandi M. Dudek<br>110 Scott Road<br>Pittsburgh PA 15239 |

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 09/19/2018.

Name and Address of Alleged Transferor(s):

Claim No. : Navient Solutions, Inc. on behalf of, United Student Aid Funds, Inc., Attn: Bankruptcy Litigation Unit E3149, PO Box 9430, Wilkes Barre, PA 18773-9430

Name and Address of Transferee:

GLHEC & Aff: GLHEGC, NELA, USAF
PO Box 8961
Madison WI 53708-8961

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:   09/22/18

Michael R. Rhodes
**CLERK OF THE COURT**

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Jonathan J. Dudek  
Mandi M. Dudek  
     Debtors

Case No. 16-20484-CMB  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2       User: culy      Page 1 of 1      Date Rcvd: Sep 20, 2018  
                        Form ID: trc      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 22, 2018.
14193486      Navient Solutions, Inc. on behalf of,    United Student Aid Funds, Inc.,    Attn: Bankruptcy Litigation Unit E3149,    PO Box 9430,    Wilkes Barre, PA 18773-9430

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.      TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.      TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 22, 2018                  Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 19, 2018 at the address(es) listed below:

     Barbara A. Fein    on behalf of Creditor    Toyota Lease Trust bfein@sanddlawyers.com, mhanford@sanddlawyers.com  
     Brett A. Solomon    on behalf of Creditor    Ally Financial bsolomon@tuckerlaw.com, agilbert@tuckerlaw.com;cabbott@tuckerlaw.com;dparanay@tuckerlaw.com  
     Edward T. Harvey    on behalf of Creditor    Standard Bank PaSB eharvey@hrslaw.com, dscott@hrslaw.com  
     Glenn R. Bartifay    on behalf of Joint Debtor Mandi M. Dudek gbartifay@bartifaylaw.com, sfallat@bartifaylaw.com;jterek@bartifaylaw.com;nalejandro@bartifaylaw.com;gbartifay@yahoo.com  
     Glenn R. Bartifay    on behalf of Debtor Jonathan J. Dudek gbartifay@bartifaylaw.com, sfallat@bartifaylaw.com;jterek@bartifaylaw.com;nalejandro@bartifaylaw.com;gbartifay@yahoo.com  
     James Warmbrodt    on behalf of Creditor    Toyota Lease Trust bkgroup@kmllawgroup.com  
     Jeffrey R. Hunt    on behalf of Creditor    Allegheny County jhunt@grblaw.com, cnoroski@grblaw.com  
     Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov  
     Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com, ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com  
     Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com  
     S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company, LLC sjw@sjwpgh.com, srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com

     TOTAL: 11