**UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:  Jonathan J. Dudek<br>　　　　Mandi M. Dudek fka Mandi Stoner<br>　　　　　　　　　Debtor(s) | |
| Toyota Lease Trust<br>　　　　　　　　　Movant<br>　　　v.<br>Jonathan J. Dudek<br>Mandi M. Dudek fka Mandi Stoner<br>　　　　　　　　　Respondent<br>　　　and<br>Ronda J. Winnecour, Trustee<br>　　　　　　　　　Additional Respondent | BK. NO. 16-20484 CMB<br><br>CHAPTER 13<br><br>Related to Docket # 16-20484-CMB<br><br>Related to Doc. No. 76<br><br>**ENTERED BY DEFAULT** |

**ORDER MODIFYING SECTION 362 AUTOMATIC STAY**

　　AND NOW, this 5th day of October, 2018, at Pittsburgh, upon Motion of Toyota Lease Trust, it is

　　**ORDERED THAT:** The Automatic Stay is hereby terminated under 11 U.S.C. Sections 362(d) and 1301 (if applicable) as to Movant to permit said creditor, its successors an/or assigns to take possession and sell, lease, and otherwise dispose of the 2015 TOYOTA SIENNA, VIN: 5TDDK3DC4FS117085, in a commercially reasonable manner.

　　　　　　　　　　　　　　　　　　　　　　*/s/ Carlota M. Böhm*
　　　　　　　　　　　　　　　　　　　　　　United States Bankruptcy Judge    dmr

　　　　　　　　　　　　　　　　　　　　　　FILED
　　　　　　　　　　　　　　　　　　　　　　10/5/18 3:01 pm
　　　　　　　　　　　　　　　　　　　　　　CLERK
　　　　　　　　　　　　　　　　　　　　　　U.S. BANKRUPTCY
　　　　　　　　　　　　　　　　　　　　　　COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Jonathan J. Dudek  
Mandi M. Dudek  
    Debtors

Case No. 16-20484-CMB  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: dric     Page 1 of 1     Date Rcvd: Oct 05, 2018  
                       Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 07, 2018.  
db/jdb         Jonathan J. Dudek,    Mandi M. Dudek,    110 Scott Road,    Pittsburgh, PA   15239

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.     TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.     TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 07, 2018                                Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 5, 2018 at the address(es) listed below:
       Barbara A. Fein    on behalf of Creditor    Toyota Lease Trust bfein@sanddlawyers.com, mhanford@sanddlawyers.com  
       Brett A. Solomon    on behalf of Creditor    Ally Financial bsolomon@tuckerlaw.com, agilbert@tuckerlaw.com;cabbott@tuckerlaw.com;dparanay@tuckerlaw.com  
       Edward T. Harvey    on behalf of Creditor    Standard Bank PaSB eharvey@hrslaw.com, dscott@hrslaw.com  
       Glenn R. Bartifay    on behalf of Joint Debtor Mandi M. Dudek gbartifay@bartifaylaw.com, sfallat@bartifaylaw.com;jterek@bartifaylaw.com;nalejandro@bartifaylaw.com;gbartifay@yahoo.com  
       Glenn R. Bartifay    on behalf of Debtor Jonathan J. Dudek gbartifay@bartifaylaw.com, sfallat@bartifaylaw.com;jterek@bartifaylaw.com;nalejandro@bartifaylaw.com;gbartifay@yahoo.com  
       James Warmbrodt    on behalf of Creditor    Toyota Lease Trust bkgroup@kmllawgroup.com  
       Jeffrey R. Hunt    on behalf of Creditor    Allegheny County jhunt@grblaw.com, cnoroski@grblaw.com  
       Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov  
       Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com, ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com  
       Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com  
       S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company, LLC sjw@sjwpgh.com, srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com  
       TOTAL: 11