IN THE UNITED STATES BANKRUPTCY COURT FOR THE WESTERN DISTRICT
OF PENNSYLVANIA

| | |
|---|---|
| In Re: ) | |
| ) | BANKRUPTCY NO. 16-20484-CMB |
| JONATHAN J. DUDEK and ) | |
| MANDI M. DUDEK f/k/a ) | CHAPTER 13 |
| MANDI STONER, ) | |
| ) | |
| Debtors ) | |
| ) | |
| ) | |
| GLENN R. BARTIFAY, EQUIRE, ) | |
| and BARTIFAY LAW OFFICES, P.C., ) | |
| ) | |
| Applicant, ) | |
| ) | |
| vs. ) | |
| ) | |
| RONDA WINNECOUR, Trustee, ) | |
| ) | |
| Respondent. ) | |

# CERTIFICATE OF SERVICE

I certify under penalty of perjury that I am, and at all times hereinafter mentioned was, more than 18 years of age, and that, on December 17, 2018, a true and correct copy of the Hearing Notice filed on December 17, 2018, Doc. No. 88, was served as follows:

By electronic mail addressed to:

Peter J. Ashcroft on behalf of Creditor Duquesne Light Company
pashcroft@bernsteinlaw.com, ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com

Barbara A. Fein on behalf of Creditor Toyota Lease Trust
bfein@sanddlawyers.com, mhanford@sanddlawyers.com

Edward T. Harvey on behalf of Creditor Standard Bank PaSB
eharvey@hrslaw.com, dscott@hrslaw.com

Jeffrey R. Hunt on behalf of Creditor Allegheny County
jhunt@grblaw.com, cnoroski@grblaw.com

Office of the United States Trustee, ustpregion03.pi.ecf@usdoj.gov

1

Brett A. Solomon on behalf of Creditor Ally Financial, bsolomon@tuckerlaw.com, agilbert@tuckerlaw.com; cabbott@tuckerlaw.com; dparanay@tuckerlaw.com

S. James Wallace on behalf of Creditor Peoples Natural Gas Company, LLC
sjw@sjwpgh.com, srk@sjwpgh.com; PNGbankruptcy@peoples-gas.com

James Warmbrodt on behalf of Creditor Toyota Lease Trust,
bkgroup@kmllawgroup.com

Ronda J. Winnecour, cmecf@chapter13trusteewdpa.com

By regular mail addressed to the parties in the attached mailing matrix.

Dated: December 17, 2018             /s/ Glenn R. Bartifay
                                     GLENN R. BARTIFAY, ESQUIRE
                                     Pa. Id. No. 68763
                                     Attorney for Applicant

                                     BARTIFAY LAW OFFICES, P.C.
                                     3134 Lillian Avenue
                                     First Floor
                                     Murrysville, PA 15668
                                     (412) 824-4011
                                     gbartifay@bartifaylaw.com

```
Label Matrix for local noticing            Ally Financial                              GLHEC & Affiliates: GLHEGC, NELA, USAF
0315-2                                     Tucker Arensberg, P.C.                     PO Box 8961
Case 16-20484-CMB                          c/o Brett A. Solomon, Esquire              Madison, WI 53708-8961
WESTERN DISTRICT OF PENNSYLVANIA           1500 One PPG Place
Pittsburgh                                 Pittsburgh, Pa 15222-5413
Mon Dec 17 11:31:36 EST 2018

Peoples Natural Gas Company, LLC           Standard Bank PaSB                         2
Attn: Dawn Lindner                         2640 Monroeville Boulevard                 U.S. Bankruptcy Court
225 North Shore Drive                      Monroeville, PA 15146-2314                 5414 U.S. Steel Tower
Pittsburgh, PA 15212-5860                                                             600 Grant Street
                                                                                      Pittsburgh, PA 15219-2703

Ally                                       Ally Financial                             Ally Financial
P.O. Box 380901                            P.O. Box 380901                            PO Box 130424
Minneapolis, MN 55438-0901                 Bloomington, MN 55438-0901                 Roseville, MN 55113-0004


Barclays Bank Delaware                     CERASTES, LLC                              Capital One
Po Box 8801                                C O WEINSTEIN & RILEY, PS                  Attn: Bankruptcy
Wilmington, DE 19899-8801                  2001 WESTERN AVENUE, STE 400               Po Box 30285
                                           SEATTLE, WA 98121-3132                     Salt Lake City, UT 84130-0285


Capital One Bank (USA), N.A.               Citibank / Sears                           County of Allegheny
PO Box 71083                               Citicorp Credit Services/Centralized Ban   c/o Goehring Rutter & Boehm
Charlotte, NC  28272-1083                  Po Box 790040                                437 Grant Street, 14th Floor
                                           Saint Louis, MO 63179-0040                   Pittsburgh, PA 15219-6101


Duquesne Light Company                     Fed Loan Servicing                         GLHEC & Aff: GLHEGC, NELA, USAF
c/o Peter J. Ashcroft,                     Po Box 69184                               PO Box 8961
Bernstein-Burkley, P.C.,                   Harrisburg, PA 17106-9184                  Madison WI 53708-8961
707 Grant St., Suite 2200, Gulf Tower,
Pittsburgh, PA 15219-1945


Harry Schlegal, Collector                  Kristen Lauschus                           Midland Funding LLC
Plum Borough Realty Tax Department         1740 State Route 356                       PO Box 2011
4555 New Texas Road                        Leechburg, PA 15656-2010                   Warren MI 48090-2011
Pittsburgh, PA 15239-1166


Navient                                    Navient Solutions, Inc. on behalf of       Office of the United States Trustee
Attn: Claims Dept                          United Student Aid Funds, Inc.             Liberty Center.
Po Box 9500                                Attn: Bankruptcy Litigation Unit E3149     1001 Liberty Avenue, Suite 970
Wilkes-Barr, PA 18773-9500                 PO Box 9430                                Pittsburgh, PA 15222-3721
                                           Wilkes Barre, PA 18773-9430


Pennsylvania Department of Revenue         Plum Borough School Dist.                  (p)PORTFOLIO RECOVERY ASSOCIATES LLC
Bankruptcy division, P O Box 280946        c/o Andrews & Price, LLP                   PO BOX 41067
Harrisburg P A 17128-0946                  1500 Ardmore Blvd., Suite 506              NORFOLK VA 23541-1067
                                           Pittsburgh, PA 15221-4468


Snap On Crdt                               Standard Bank                              Synchrony Bank/Lowes
Attn: Bankruptcy                           2640 Monroeville B                         Attn: Bankruptcy
950 Technology Way  Suite 301              Monroeville, PA 15146-2314                 Po Box 103104
Libertyville, IL 60048-5339                                                           Roswell, GA 30076-9104
```

```
Toyota Lease Trust                      (p)TOYOTA MOTOR CREDIT CORPORATION      U.S. Department of Education
c/o Toyota Motor Credit Corporation     PO BOX 8026                             c/o Fedloan Servicing
PO Box 9013                             CEDAR RAPIDS IA 52408-8026              P.O. Box 69184
Addison, Texas 75001-9013                                                       Harrisburg, PA 17106-9184


United Student Aid Funds, Inc (USAF)    WESTLAKE FINANCIAL SERVICES             Glenn R. Bartifay
PO Box 8961                             4751 WILSHIRE BLVD                      3134 Lillian Avenue
Madison WI 53708-8961                   SUITE 100                               First Floor
                                        LOS ANGELES CA 90010-3847               Murrysville, PA 15668-1868


Glenn R. Bartifay                       Jonathan J. Dudek                       Mandi M. Dudek
Bartifay Law Offices, P.C.              110 Scott Road                          110 Scott Road
3134 Lillian Avenue                     Pittsburgh, PA 15239                    Pittsburgh, PA 15239
First Floor
First Floor
Murrysville, PA 15668-1868

Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219-2702
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
Portfolio Recovery Associates, LLC      Toyota Mtr
POB 12914                               Toyota Financial Services
Norfolk VA 23541                        P.O. Box 8026
                                        Cedar Rapids, IA 52408
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(u)Allegheny County                     (u)Duquesne Light Company               (u)Toyota Lease Trust
```

End of Label Matrix
Mailable recipients    39
Bypassed recipients     3
Total                  42