**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

12/19/2019

IN RE:

JONATHAN J. DUDEK
MANDI M. DUDEK
110 SCOTT ROAD
PITTSBURGH, PA 15239
XXX-XX-1409          Debtor(s)

XXX-XX-8229

Case No. 16-20484 CMB

Chapter 13

### NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS

NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case. This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders. Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan. Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed. Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee. To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known . In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to which unsecured creditors are entitled will be determined during the Trustee's final audit of this case. An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims.  <u>Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.</u>

/s/ RONDA J. WINNECOUR
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

12/19/2019

/s/Trustee'sAdministrativAssistant
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| Creditor | Claim Info | Description |
|---|---|---|
| **DUQUESNE LIGHT COMPANY*** <br> ATTN: TARA R PFEITER, LITIGATION COUNSEL <br> 411 7TH AVE <br> MAIL DROP 16-1 <br> PITTSBURGH, PA 15219 | Trustee Claim Number: 1    INT %: 0.00% <br> Court Claim Number: 17 <br> CLAIM: 214.31 <br> COMMENT: NTC ONLY~NT/SCH | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 8229 |
| **PEOPLES NATURAL GAS CO LLC*** <br> ATTN BANKRUPTCY DEPARTMENT <br> 375 NORTH SHORE DR <br> PITTSBURGH, PA 15212 | Trustee Claim Number: 2    INT %: 0.00% <br> Court Claim Number: <br> CLAIM: 0.00 <br> COMMENT: /PRAE | CRED DESC: NOTICE ONLY <br> ACCOUNT NO.: |
| **ALLY FINANCIAL(*)** <br> ATTN TRUSTEE PAYMENT CENTER <br> PO BOX 78367 <br> PHOENIX, AZ 85062-8367 | Trustee Claim Number: 3    INT %: 0.00% <br> Court Claim Number: 1 <br> CLAIM: 0.00 <br> COMMENT: RS/OE*SURR/PL*CL 10376.30 | CRED DESC: PRIORITY CREDITOR <br> ACCOUNT NO.: 2807 |
| **PLUM BOROUGH (RE)** <br> C/O TAX COLLECTOR - DLNQ YRS <br> 4555 NEW TEXAS RD <br> PITTSBURGH, PA 15239 | Trustee Claim Number: 4    INT %: 10.00% <br> Court Claim Number: <br> CLAIM: 696.41 <br> COMMENT: $COE*851-N-80*7950.32@10%/PL*2014-2015 | CRED DESC: SECURED CREDITOR <br> ACCOUNT NO.: 1N80 |
| **STANDARD BANK PASB-FRMRLY** <br> STANDARD S&L-ATTN: D J BROWN <br> 2640 MONROEVILLE BLVD <br> MONROEVILLE, PA 15146 | Trustee Claim Number: 5    INT %: 0.00% <br> Court Claim Number: 11 <br> CLAIM: 0.00 <br> COMMENT: PMT/PL-CL*991.83 X (45+2)=LMT*BGN 3/16 | CRED DESC: MORTGAGE REGULAR PAYMEN <br> ACCOUNT NO.: 1409 |
| **TOYOTA LEASE TRUST** <br> C/O TOYOTA MOTOR CREDIT CORP <br> PO BOX 9490 <br> CEDAR RAPIDS, IA 52409-9490 | Trustee Claim Number: 6    INT %: 0.00% <br> Court Claim Number: 3-2 <br> CLAIM: 18,839.94 <br> COMMENT: RS/OE*$CL-PL@PMT/CL-PL*ARRS/CL-PL~INCLUDED*W/33*ORG CL:18839.94 | CRED DESC: PRIORITY CREDITOR <br> ACCOUNT NO.: R995 |
| **CERASTES LLC** <br> C/O WEINSTEIN & RILEY PS <br> PO BOX 3978 <br> SEATTLE, WA 98124-3978 | Trustee Claim Number: 7    INT %: 0.00% <br> Court Claim Number: 15 <br> CLAIM: 860.01 <br> COMMENT: BARCLAYS*INSUFF POD*8/15 PURCHASE | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 0126 |
| **CAPITAL ONE BANK (USA) NA BY AMERICAN INI** <br> PO BOX 71083 <br> CHARLOTTE, NC 28272-1083 | Trustee Claim Number: 8    INT %: 0.00% <br> Court Claim Number: 6 <br> CLAIM: 5,726.86 <br> COMMENT: | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 8218 |
| **CAPITAL ONE BANK (USA) NA BY AMERICAN INI** <br> PO BOX 71083 <br> CHARLOTTE, NC 28272-1083 | Trustee Claim Number: 9    INT %: 0.00% <br> Court Claim Number: 8 <br> CLAIM: 3,279.63 <br> COMMENT: | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 2451 |
| **CAPITAL ONE BANK (USA) NA BY AMERICAN INI** <br> PO BOX 71083 <br> CHARLOTTE, NC 28272-1083 | Trustee Claim Number: 10    INT %: 0.00% <br> Court Claim Number: 7 <br> CLAIM: 3,181.72 <br> COMMENT: | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 8673 |

| Creditor | Claim Info | Creditor Description |
|---|---|---|
| **CAPITAL ONE BANK (USA) NA BY AMERICAN INI** <br> PO BOX 71083 <br><br> CHARLOTTE, NC  28272-1083 | Trustee Claim Number:11  INT %: 0.00% <br> Court Claim Number:10 <br><br> CLAIM: 3,901.45 <br> COMMENT: | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 1555 |
| **CAPITAL ONE BANK (USA) NA BY AMERICAN INI** <br> PO BOX 71083 <br><br> CHARLOTTE, NC  28272-1083 | Trustee Claim Number:12  INT %: 0.00% <br> Court Claim Number:9 <br><br> CLAIM: 1,350.52 <br> COMMENT: | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 2427 |
| **PRA/PORTFOLIO RECOVERY ASSOC** <br> POB 12914 <br><br> NORFOLK, VA  23541 | Trustee Claim Number:13  INT %: 0.00% <br> Court Claim Number:16 <br><br> CLAIM: 1,422.54 <br> COMMENT: SEARS/CITIBANK | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 1496 |
| **US DEPARTMENT OF EDUCATION** <br> C/O FEDLOAN SERVICING <br> PO BOX 790234 <br> ST LOUIS, MO  63179 | Trustee Claim Number:14  INT %: 0.00% <br> Court Claim Number:12-2 <br><br> CLAIM: 1,257.78 <br> COMMENT: 0003/SCH*AMD | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 1409 |
| **FEDERAL LOAN SERVICING** <br> POB 69184 <br><br> HARRISBURG, PA  17106 | Trustee Claim Number:15  INT %: 0.00% <br> Court Claim Number: <br><br> CLAIM: 0.00 <br> COMMENT: | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 0001 |
| **FEDERAL LOAN SERVICING** <br> POB 69184 <br><br> HARRISBURG, PA  17106 | Trustee Claim Number:16  INT %: 0.00% <br> Court Claim Number: <br><br> CLAIM: 0.00 <br> COMMENT: | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 0002 |
| **GLHEC & AFFILIATES: GLHEGC NELA USAF** <br> PO BOX 809142 <br><br> CHICAGO, IL  60680 | Trustee Claim Number:17  INT %: 0.00% <br> Court Claim Number:5-3 <br><br> CLAIM: 4,212.87 <br> COMMENT: AMD*FR NAVIENT-DOC 79, 85 | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 8229 |
| **SNAP-ON CREDIT LLC** <br> 950 TECHNOLOGY WAY STE 350* <br><br> LIBERTYVILLE, IL  60048 | Trustee Claim Number:18  INT %: 0.00% <br> Court Claim Number:4 <br><br> CLAIM: 3,769.53 <br> COMMENT: 2016 DEBT~INSUFF POD | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 4228 |
| **MIDLAND FUNDING LLC** <br> C/O MIDLAND CREDIT MANAGEMENT INC - AGE <br> PO BOX 2011 <br> WARREN, MI  48090 | Trustee Claim Number:19  INT %: 0.00% <br> Court Claim Number:14 <br><br> CLAIM: 1,034.98 <br> COMMENT: SYNCHRONY BANK/LOWES | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 2238 |
| **PA DEPARTMENT OF REVENUE*** <br> BUR OF COMPL SECT-DEPT 280946 <br> STRAWBERRY SQ <br> HARRISBURG, PA  17128 | Trustee Claim Number:20  INT %: 0.00% <br> Court Claim Number:2 <br><br> CLAIM: 717.12 <br> COMMENT: $CL-PL*NT/SCH | CRED DESC: PRIORITY CREDITOR <br> ACCOUNT NO.: 1409 |

| Creditor | Trustee/Court Claim | Cred Desc / Account |
|---|---|---|
| **PA DEPARTMENT OF REVENUE***<br>BUR OF COMPL SECT-DEPT 280946<br>STRAWBERRY SQ<br><br>HARRISBURG, PA  17128 | Trustee Claim Number:21  INT %:  0.00%<br>Court Claim Number:2<br><br>CLAIM:  3.75<br>COMMENT:  NT/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  1409 |
| **DSO Receipient**<br><br><br> | Trustee Claim Number:22  INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  N ID 228255 | CRED DESC:  SUPPORT/ALIMONY CONT.<br>ACCOUNT NO.: |
| **STANDARD BANK PASB-FRMRLY**<br>STANDARD S&L-ATTN: D J BROWN<br>2640 MONROEVILLE BLVD<br><br>MONROEVILLE, PA  15146 | Trustee Claim Number:23  INT %:  0.00%<br>Court Claim Number:11<br><br>CLAIM:  2,033.25<br>COMMENT:  $CL-PL*THRU 2/16 | CRED DESC:  MORTGAGE ARR.<br>ACCOUNT NO.:  1409 |
| **JEFFREY R HUNT ESQ**<br>GOEHRING ET AL<br>437 GRANT ST 14TH FL<br><br>PITTSBURGH, PA  15219-6107 | Trustee Claim Number:24  INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  ALLEGHENY CO/PRAE | CRED DESC:  NOTICE ONLY<br>ACCOUNT NO.: |
| **COUNTY OF ALLEGHENY (R/E TAX)***<br>%JORDAN TAX SVC-CUR/DLNQ CLCTR<br>POB 200<br><br>BETHEL PARK, PA  15102 | Trustee Claim Number:25  INT %:  0.00%<br>Court Claim Number:13-2<br><br>CLAIM:  0.00<br>COMMENT:  CL13-2GOVS*2016/CL*AMD CL=$0~PIF/CRD*DK*851-N-80 | CRED DESC:  SECURED CREDITOR<br>ACCOUNT NO.:  1N80 |
| **TOYOTA LEASE TRUST**<br>C/O TOYOTA MOTOR CREDIT CORP<br>PO BOX 9490<br><br>CEDAR RAPIDS, IA  52409-9490 | Trustee Claim Number:26  INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT: | CRED DESC:  NOTICE ONLY<br>ACCOUNT NO.: |
| **KRISTEN LAUSHUS**<br>1740 STATE RT 356<br><br>LEECHBURG, PA  15656 | Trustee Claim Number:27  INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  OUTSIDE/PL*/AMD E*UNKNOWN$/SCH | CRED DESC:  SUPPORT/ALIMONY CONT.<br>ACCOUNT NO.:  6384 |
| **PLUM BOROUGH SD (PLUM) (RE)**<br>C/O WEISS BURKHARDT KRAMER LLC - DLNQ C<br>445 FORT PITT BLVD STE 503<br><br>PITTSBURGH, PA  15219 | Trustee Claim Number:28  INT %:  10.00%<br>Court Claim Number:19-2<br><br>CLAIM:  7,253.91<br>COMMENT:  CL19-2GOVS*L/B 851-N-80*2014-15*NT/SCH*WNTS%*LATE*AMD | CRED DESC:  SECURED CREDITOR<br>ACCOUNT NO.:  1N80 |
| **PLUM BOROUGH SD (PLUM) (RE)**<br>C/O WEISS BURKHARDT KRAMER LLC - DLNQ C<br>445 FORT PITT BLVD STE 503<br><br>PITTSBURGH, PA  15219 | Trustee Claim Number:29  INT %:  0.00%<br>Court Claim Number:18<br><br>CLAIM:  0.00<br>COMMENT:  AMD BY 19 | CRED DESC:  SECURED CREDITOR<br>ACCOUNT NO.:  1N80 |
| **UNITED STUDENT AID FUNDS INC (USAF)**<br>C/O GREAT LAKES HIGHER EDU GUAR CORP<br>PO BOX 809142<br><br>CHICAGO, IL  60680 | Trustee Claim Number:30  INT %:  0.00%<br>Court Claim Number:5-2<br><br>CLAIM:  0.00<br>COMMENT:  W/17*IMPROPER AMD CL REPL BY ORIGINAL | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  8229 |

| Creditor | Trustee Claim / Court Claim / Claim / Comment | Cred Desc / Account No. |
|---|---|---|
| **WESTLAKE SERVICES LLC(*) DBA WESTLAKE F**<br>4751 WILSHIRE BLVD STE 100<br><br>LOS ANGELES, CA  90010 | Trustee Claim Number:31  INT %:  0.00%<br>Court Claim Number:20<br><br>CLAIM:  0.00<br>COMMENT:  383.52/PL*377.37 X 30+2=LMT*BGN 8/18 | CRED DESC:  Post Petition Claim (1305)<br>ACCOUNT NO.:  0528 |
| **JAMES C WARMBRODT ESQ**<br>KML LAW GROUP PC<br>701 MARKET ST STE 5000<br><br>PHILADELPHIA, PA  19106 | Trustee Claim Number:32  INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  TOYOTA MOTOR CREDIT/PRAE | CRED DESC:  NOTICE ONLY<br>ACCOUNT NO.: |
| **TOYOTA LEASE TRUST**<br>C/O BECKET & LEE LLP<br>PO BOX 3001<br><br>MALVERN, PA  19355-0701 | Trustee Claim Number:33  INT %:  0.00%<br>Court Claim Number:3-2<br><br>CLAIM:  972.10<br>COMMENT:  AMD*LEASE DEFICIENCY*W/6*DK | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  7995 |