**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>　JONATHAN J. DUDEK<br>MANDI M. DUDEK<br>　　　Debtor(s)<br>　Ronda J. Winnecour, Trustee<br>　　Movant<br>　　vs.<br>JONATHAN J. DUDEK<br>MANDI M. DUDEK<br><br>　　　Respondents | Case No.16-20484CMB<br><br>Chapter 13<br><br>Document No. 98 |

**ORDER TO STOP PAYROLL DEDUCTIONS**

AND NOW, this 24th day of January, 2020 it is hereby ORDERED, ADJUDGED, and DECREED that,

J F Lomma
Attn: Payroll Manager
251 Millers Run Rd
Bridgeville, PA 15017

is hereby ordered to immediately terminate the attachment of the wages of JONATHAN J. DUDEK, social security number XXX-XX-1409. No future payments are to be sent to Ronda J. Winnecour, Trustee on behalf of JONATHAN J. DUDEK.

FILED
1/24/20 12:51 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

BY THE COURT:

Carlota M. Böhm                 dmr
Chief United States Bankruptcy Court Judge

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                  Case No. 16-20484-CMB
Jonathan J. Dudek                                                       Chapter 13
Mandi M. Dudek
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: dric                 Page 1 of 1            Date Rcvd: Jan 24, 2020
                              Form ID: pdf900            Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 26, 2020.
db/jdb         +Jonathan J. Dudek,   Mandi M. Dudek,   110 Scott Road,   Pittsburgh, PA 15239-1433

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                  TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 26, 2020                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 24, 2020 at the address(es) listed below:
              Barbara A. Fein    on behalf of Creditor   Toyota Lease Trust bfein@sanddlawyers.com,
               mhanford@sanddlawyers.com
              Brett A. Solomon    on behalf of Creditor    Ally Financial bsolomon@tuckerlaw.com,
               agilbert@tuckerlaw.com
              Edward T. Harvey    on behalf of Creditor    Standard Bank PaSB eharvey@hrslaw.com,
               dscott@hrslaw.com
              Glenn R. Bartifay    on behalf of Joint Debtor Mandi M. Dudek gbartifay@bartifaylaw.com,
               sfallat@bartifaylaw.com;gbartifay@yahoo.com;lkarageorgiou@bartifaylaw.com
              Glenn R. Bartifay    on behalf of Attorney Glenn R. Bartifay gbartifay@bartifaylaw.com,
               sfallat@bartifaylaw.com;gbartifay@yahoo.com;lkarageorgiou@bartifaylaw.com
              Glenn R. Bartifay    on behalf of Debtor Jonathan J. Dudek gbartifay@bartifaylaw.com,
               sfallat@bartifaylaw.com;gbartifay@yahoo.com;lkarageorgiou@bartifaylaw.com
              James Warmbrodt    on behalf of Creditor    Toyota Lease Trust bkgroup@kmllawgroup.com
              Jeffrey R. Hunt    on behalf of Creditor    Allegheny County jhunt@grblaw.com,   cnoroski@grblaw.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
               ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company, LLC sjw@sjwpgh.com,
               srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
              Victor Samuel Kustra    on behalf of Creditor    Plum Borough School District c/o Weiss Burkardt
               Kramer LLC vkustra@wbklegal.com
                                                                                               TOTAL: 13