Fill in this information to identify the case:

| | |
|---|---|
| Debtor 1 | JONATHAN J. DUDEK |
| Debtor 2 (Spouse, if filing) | MANDI M. DUDEK |
| Unites States Bankruptcy Court for the: | Western District of Pennsylvania (State) |
| Case Number: | 16-20484CMB |

Form 4100N

# Notice of Final Cure Payment    10/15

**File a separate notice for each creditor.**

**According to Bankruptcy Rule 3002.1(f), the trustee gives notice that the amount required to cure the prepetition default in the claim below has been paid in full and the debtor(s) have completed all payments under the plan.**

### Part 1: Mortgage Information

**Name of creditor:** STANDARD BANK PASB-FRMRLY

**Court claim no.** (if known): 11

**Last 4 digits** of any number you use to identify the debtor's account: 1 4 0 9

**Property Address:** 110 SCOTT RD
PITTSBURGH PA 15239

### Part 2: Cure Amount

**Total cure disbursments made by the trustee:**    Amount

| | | | |
|---|---|---|---:|
| a. | Allowed prepetition arrearage: | (a) $ | 2,033.25 |
| b. | Prepetition arrearage paid by the trustee: | (b) $ | 2,033.25 |
| c. | Amount of postpetition fees, expenses, and charges recoverable under Bankruptcy Rule 3002.1(c): | (c) $ | 0.00 |
| d. | Amount of postpetition fees, expenses, and charges recoverable under Bankruptcy Rule 3002.1(c) and paid by the trustee: | (d) $ | 0.00 |
| e. | Allowed postpetition arrearage: | (e) $ | 0.00 |
| f. | Postpetition arrearage paid by the trustee: | + (f) $ | 0.00 |
| g. | **Total.** Add lines b, d, and f. | (g) $ | 2,033.25 |

### Part 3: Postpetition Mortgage Payment

*Check one*

☒ Mortgage is paid through the trustee.

Current monthly mortgage payment    $ $991.83

The next postpetition payment is due on  3 / 1 / 2020
MM / DD / YYYY

☐ Mortgage is paid directly by the debtor(s).

---

Form 4100N    **Notice of Final Cure Payment**    page 1

| | | | |
|---|---|---|---|
| Debtor 1 | **JONATHAN J. DUDEK** | Case number *(if known)* | **16-20484CMB** |
| | Name | | |

### Part 4: A Response Is Required By Bankruptcy Rule 3002.1(g)

Under Bankruptcy Rule 3002.1(g), the creditor must file and serve on the debtor(s), their counsel, and the trustee, within 21 days after service of this notice, a statement indicating whether the creditor agrees that the debtor(s) have paid in full the amount required to cure the default and stating whether the debtor(s) have (i) paid all outstanding postpetition fees, costs, and escrow amounts due, and (ii) consistent with § 1322(b)(5) of the Bankruptcy Code, are current on all postpetition payments as of the date of the response. Failure to file and serve the statement may subject the creditor to further action of the court, including possible sanctions.

To assist in reconciling the claim, a history of payments made by the trustee is attached to copies of this notice sent to the debtor(s) and the creditor.

**X** /s/ Ronda J. Winnecour                              Date  02/05/2020
   Signature

Trustee     Ronda J. Winnecour

Address    CHAPTER 13 TRUSTEE WD PA
           600 GRANT STREET
           SUITE 3250 US STEEL TWR
           PITTSBURGH, PA  15219

Contact phone  (412) 471-5566          Email  cmecf@chapter13trusteewdpa.com

| Debtor 1 | JONATHAN J. DUDEK | | Case number *(if known)* | 16-20484CMB |
|---|---|---|---|---|
| | Name | | | |

## Disbursement History

| Date | Check # | Name | Posting Type | Amount |
|---|---|---|---|---|
| **MORTGAGE ARR. (Part 2 (b))** | | | | |
| 12/21/2018 | 1103806 | STANDARD BANK PASB-FRMRLY | AMOUNTS DISBURSED TO CREDITOR | 159.53 |
| 01/25/2019 | 1107062 | STANDARD BANK PASB-FRMRLY | AMOUNTS DISBURSED TO CREDITOR | 133.50 |
| 02/25/2019 | 1110283 | STANDARD BANK PASB-FRMRLY | AMOUNTS DISBURSED TO CREDITOR | 132.61 |
| 03/25/2019 | 1113578 | STANDARD BANK PASB-FRMRLY | AMOUNTS DISBURSED TO CREDITOR | 232.54 |
| 04/26/2019 | 1116908 | STANDARD BANK PASB-FRMRLY | AMOUNTS DISBURSED TO CREDITOR | 231.00 |
| 05/24/2019 | 1120296 | STANDARD BANK PASB-FRMRLY | AMOUNTS DISBURSED TO CREDITOR | 134.16 |
| 06/25/2019 | 1123699 | STANDARD BANK PASB-FRMRLY | AMOUNTS DISBURSED TO CREDITOR | 133.27 |
| 07/29/2019 | 1127150 | STANDARD BANK PASB-FRMRLY | AMOUNTS DISBURSED TO CREDITOR | 234.87 |
| 08/27/2019 | 1130642 | STANDARD BANK PASB-FRMRLY | AMOUNTS DISBURSED TO CREDITOR | 134.77 |
| 09/24/2019 | 1133881 | STANDARD BANK PASB-FRMRLY | AMOUNTS DISBURSED TO CREDITOR | 35.19 |
| 10/24/2019 | 1137272 | STANDARD BANK PASB-FRMRLY | AMOUNTS DISBURSED TO CREDITOR | 224.42 |
| 11/25/2019 | 1140724 | STANDARD BANK PASB-FRMRLY | AMOUNTS DISBURSED TO CREDITOR | 126.86 |
| 01/28/2020 | 1147580 | STANDARD BANK PASB-FRMRLY | AMOUNTS DISBURSED TO CREDITOR | 120.53 |
| | | | | 2,033.25 |
| **MORTGAGE REGULAR PAYMENT (Part 3)** | | | | |
| 06/27/2016 | 1003100 | STANDARD BANK PASB-FRMRLY | AMOUNTS DISBURSED TO CREDITOR | 3,503.64 |
| 07/26/2016 | 1007050 | STANDARD BANK PASB-FRMRLY | AMOUNTS DISBURSED TO CREDITOR | 929.13 |
| 08/26/2016 | 1011081 | STANDARD BANK PASB-FRMRLY | AMOUNTS DISBURSED TO CREDITOR | 893.89 |
| 09/27/2016 | 1015015 | STANDARD BANK PASB-FRMRLY | AMOUNTS DISBURSED TO CREDITOR | 785.78 |
| 10/26/2016 | 1018719 | STANDARD BANK PASB-FRMRLY | AMOUNTS DISBURSED TO CREDITOR | 827.22 |
| 11/21/2016 | 1021966 | STANDARD BANK PASB-FRMRLY | AMOUNTS DISBURSED TO CREDITOR | 856.81 |
| 12/21/2016 | 1025309 | STANDARD BANK PASB-FRMRLY | AMOUNTS DISBURSED TO CREDITOR | 878.23 |
| 01/27/2017 | 1028828 | STANDARD BANK PASB-FRMRLY | AMOUNTS DISBURSED TO CREDITOR | 1,342.16 |
| 02/24/2017 | 1032193 | STANDARD BANK PASB-FRMRLY | AMOUNTS DISBURSED TO CREDITOR | 713.07 |
| 03/28/2017 | 1035652 | STANDARD BANK PASB-FRMRLY | AMOUNTS DISBURSED TO CREDITOR | 1,233.74 |
| 04/21/2017 | 1038885 | STANDARD BANK PASB-FRMRLY | AMOUNTS DISBURSED TO CREDITOR | 1,013.34 |
| 05/25/2017 | 1042186 | STANDARD BANK PASB-FRMRLY | AMOUNTS DISBURSED TO CREDITOR | 1,290.66 |
| 06/27/2017 | 1045581 | STANDARD BANK PASB-FRMRLY | AMOUNTS DISBURSED TO CREDITOR | 1,047.68 |
| 07/25/2017 | 1048876 | STANDARD BANK PASB-FRMRLY | AMOUNTS DISBURSED TO CREDITOR | 793.10 |
| 08/25/2017 | 1052235 | STANDARD BANK PASB-FRMRLY | AMOUNTS DISBURSED TO CREDITOR | 1,344.58 |
| 09/26/2017 | 1055572 | STANDARD BANK PASB-FRMRLY | AMOUNTS DISBURSED TO CREDITOR | 807.26 |
| 10/25/2017 | 1058913 | STANDARD BANK PASB-FRMRLY | AMOUNTS DISBURSED TO CREDITOR | 1,340.45 |
| 11/21/2017 | 1062153 | STANDARD BANK PASB-FRMRLY | AMOUNTS DISBURSED TO CREDITOR | 1,075.45 |
| 12/21/2017 | 1065503 | STANDARD BANK PASB-FRMRLY | AMOUNTS DISBURSED TO CREDITOR | 1,074.82 |
| 01/25/2018 | 1068758 | STANDARD BANK PASB-FRMRLY | AMOUNTS DISBURSED TO CREDITOR | 1,341.80 |
| 02/23/2018 | 1071927 | STANDARD BANK PASB-FRMRLY | AMOUNTS DISBURSED TO CREDITOR | 1,072.06 |
| 03/28/2018 | 1075131 | STANDARD BANK PASB-FRMRLY | AMOUNTS DISBURSED TO CREDITOR | 1,343.13 |
| 04/24/2018 | 1078359 | STANDARD BANK PASB-FRMRLY | AMOUNTS DISBURSED TO CREDITOR | 1,076.38 |
| 05/25/2018 | 1081641 | STANDARD BANK PASB-FRMRLY | AMOUNTS DISBURSED TO CREDITOR | 1,186.86 |
| 06/22/2018 | 1084755 | STANDARD BANK PASB-FRMRLY | AMOUNTS DISBURSED TO CREDITOR | 807.41 |
| 07/26/2018 | 1087999 | STANDARD BANK PASB-FRMRLY | AMOUNTS DISBURSED TO CREDITOR | 1,176.25 |
| 08/28/2018 | 1091222 | STANDARD BANK PASB-FRMRLY | AMOUNTS DISBURSED TO CREDITOR | 991.83 |
| 09/25/2018 | 1094350 | STANDARD BANK PASB-FRMRLY | AMOUNTS DISBURSED TO CREDITOR | 991.83 |
| 10/29/2018 | 1097605 | STANDARD BANK PASB-FRMRLY | AMOUNTS DISBURSED TO CREDITOR | 991.83 |
| 11/27/2018 | 1100712 | STANDARD BANK PASB-FRMRLY | AMOUNTS DISBURSED TO CREDITOR | 952.63 |
| 12/21/2018 | 1103806 | STANDARD BANK PASB-FRMRLY | AMOUNTS DISBURSED TO CREDITOR | 1,031.03 |
| 01/25/2019 | 1107062 | STANDARD BANK PASB-FRMRLY | AMOUNTS DISBURSED TO CREDITOR | 991.83 |
| 02/25/2019 | 1110283 | STANDARD BANK PASB-FRMRLY | AMOUNTS DISBURSED TO CREDITOR | 991.83 |
| 03/25/2019 | 1113578 | STANDARD BANK PASB-FRMRLY | AMOUNTS DISBURSED TO CREDITOR | 991.83 |
| 04/26/2019 | 1116908 | STANDARD BANK PASB-FRMRLY | AMOUNTS DISBURSED TO CREDITOR | 991.83 |
| 05/24/2019 | 1120296 | STANDARD BANK PASB-FRMRLY | AMOUNTS DISBURSED TO CREDITOR | 991.83 |
| 06/25/2019 | 1123699 | STANDARD BANK PASB-FRMRLY | AMOUNTS DISBURSED TO CREDITOR | 991.83 |
| 07/29/2019 | 1127150 | STANDARD BANK PASB-FRMRLY | AMOUNTS DISBURSED TO CREDITOR | 991.83 |
| 08/27/2019 | 1130642 | STANDARD BANK PASB-FRMRLY | AMOUNTS DISBURSED TO CREDITOR | 991.83 |
| 09/24/2019 | 1133881 | STANDARD BANK PASB-FRMRLY | AMOUNTS DISBURSED TO CREDITOR | 991.83 |
| 10/24/2019 | 1137272 | STANDARD BANK PASB-FRMRLY | AMOUNTS DISBURSED TO CREDITOR | 991.83 |
| 11/25/2019 | 1140724 | STANDARD BANK PASB-FRMRLY | AMOUNTS DISBURSED TO CREDITOR | 991.83 |
| 12/23/2019 | 1144115 | STANDARD BANK PASB-FRMRLY | AMOUNTS DISBURSED TO CREDITOR | 848.02 |
| 01/28/2020 | 1147580 | STANDARD BANK PASB-FRMRLY | AMOUNTS DISBURSED TO CREDITOR | 1,135.64 |
| | | | | 47,607.84 |

# CERTIFICATE OF SERVICE

I hereby certify that on the date shown below, I served a true and correct copy of Notice of Final Cure Payment upon the following, by regular United States mail, postage prepaid, addressed as follows:

JONATHAN J. DUDEK
MANDI M. DUDEK
110 SCOTT ROAD
PITTSBURGH, PA  15239

GLENN R BARTIFAY ESQ
3134 LILLIAN AVE 1ST FL
MURRYSVILLE, PA  15668

STANDARD BANK PASB-FRMRLY
STANDARD S&L-ATTN: D J BROWN
2640 MONROEVILLE BLVD
MONROEVILLE, PA  15146

EDWARD T HARVEY ESQ
HERGENROEDER ET AL
650 SMITHFIELD ST STE 1700
PITTSBURGH, PA  15222


2/5/20

/s/ Roberta Saunier
Administrative Assistant
Office of the Chapter 13 Trustee