IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Case No.: 16-20484-CMB |
| | : | |
| JONATHAN J. DUDEK and | : | Chapter 13 |
| MANDI M. DUDEK, | : | |
| | : | |
| Debtors. | : | |

## NOTICE OF APPEARANCE & REQUEST FOR NOTICE
## ON BEHALF OF STANDARD BANK PaSB

TO THE CLERK, U.S. BANKRUPTCY COURT:

Kindly enter my appearance on behalf of Creditor, STANDARD BANK PaSB, in the above-captioned matter, and add my name to the mailing matrix to receive notices of all matters in this case.

        Respectfully submitted,

        HERGENROEDER REGA
        EWING & KENNEDY, LLC

        By: /s *Ryan G. Lemke*
           Ryan G. Lemke, Esquire
           PA Id. No.: 201118
           Email: rlemke@hrslaw.com

        Centre City Tower, Suite 1700
        650 Smithfield Street
        Pittsburgh, PA 15222
        Telephone: (412) 281-7724
        Facsimile: (412) 281-7727

        *Counsel for Creditor,*
Dated: February 10, 2020        *Standard Bank PaSB*