IN THE UNITED STATES BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: ) | |
| ) | BANKRUPTCY NO. 16-20484-CMB |
| JONATHAN J. DUDEK and ) | |
| MANDI M. DUDEK f/k/a ) | CHAPTER 13 |
| MANDI STONER, ) | |
| Debtors, ) | |
| ) | |
| _____ ) | |
| ) | |
| JONATHAN J. DUDEK and ) | |
| MANDI M. DUDEK f/k/a ) | |
| MANDI STONER, ) | |
| ) | |
| Debtors/Movants, ) | |
| ) | |
| vs. ) | |
| ) | |
| RONDA J. WINNECOUR, ) | |
| Chapter 13 Trustee, ) | |
| Respondent. ) | |

**DEBTOR'S CERTIFICATION OF DISCHARGE ELIGIBILITY**

AND NOW, comes Debtors Johnathon J. Dudek and Mandi M. Dudek f/k/a Mandi Stoner, by and through his counsel, Glenn R. Bartifay, Esquire, and Bartifay Law Offices, P.C., and certifies under penalty of perjury that the following statements are true and correct:

1. Debtors have made all payments required by the Chapter 13 Plan.

2. Debtors are not required to pay any Domestic Support Obligations.

3. Debtors are entitled to a discharge under the terms of Section 1328 of the Bankruptcy Code. Debtors have not received a prior discharge in a bankruptcy case within the time frames specified in Section 1328(f)(1) of the Bankruptcy Code. Section 1328(h) of the Bankruptcy Code that renders Debtors ineligible for a discharge.

4. On April 30, 2016, at Document No. 26, Debtors Johnathon J. Dudek and Mandi M. Dudek f/k/a Mandi Stoner, complied with Federal Rule of Bankruptcy Procedure 1007(c) by filing a *Certification of Completion of Post-Petition Instructional Course in Personal Financial Management*, with the Certificate of Completion attached to the form.

This Certification is being signed under penalty of perjury by Debtors, who carefully examined and understood each of the Bankruptcy Code sections referenced in this Certification.

| | |
|---|---|
| Dated: <u>February 11, 2020</u> | <u>/s/ Glenn R. Bartifay, Esquire</u><br>GLENN R BARTIFAY, ESQUIRE<br>Pa. Id. No. 68763<br>BARTIFAY LAW OFFICES, P.C.<br>3134 Lillian Avenue, First Floor<br>Murrysville, PA 15668<br>(412) 824-4011<br>gbartifay@bartifaylaw.com |

Declaration Under Penalty of Perjury by Individual Debtors

We declare under penalty of perjury that we have read the within pleading, and that it is true and correct to the best of our knowledge, information, and belief.

| | | |
|---|---|---|
| Dated: <u>February 11, 2020</u> | Signature: | <u>/s/ Jonathan J. Dudek</u><br>JONATHAN J. DUDEK,<br>Debtor |
| Dated: <u>February 11, 2020</u> | Signature: | <u>/s/ Mandi M. Dudek</u><br>MANDI M. DUDEK,<br>Joint Debtor |