Form 408

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Jonathan J. Dudek
Mandi M. Dudek
fka Mandi Stoner**
　Debtor(s)

Bankruptcy Case No.: 16−20484−CMB
Related to Doc. No. 106
Chapter: 13
Docket No.: 107 − 106

**ORDER SETTING DATE CERTAIN
FOR RESPONSE AND HEARING ON MOTION**

**AND NOW,** this The 27th of March, 2020, a Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements having been filed by the Chapter 13 Trustee in the above−captioned proceeding,

**IT IS HEREBY ORDERED THAT:**

1. **Any Response,** including a consent to the Motion, **shall be filed with the Clerk's Office, 5414 U.S. Steel Tower 600 Grant Street Pittsburgh, PA 15219 by 5/11/20.** Any response should be served on the Moving Party, their counsel, and the Chapter 13 Trustee.

2. Said Motion is scheduled for hearing on **6/3/20 at 10:00 AM in Courtroom B, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219** at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion.

3. If service was properly made and Respondent(s) fail to file a Response by the above−specified date, the Court **may** determine after review of the Motion that no hearing is required and accordingly enter the Order by default.

   **TO DETERMINE IF A DEFAULT ORDER HAS BEEN SIGNED, THE PARTIES ARE DIRECTED TO THE WEB SITE OF THE U.S. BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA AT www.pawb.uscourts.gov ONE DAY PRIOR TO THE SCHEDULED HEARING DATE. REFER TO THE CALENDAR SECTION TO VIEW THE CALENDAR FOR JUDGE Carlota M. Bohm.**

   In the event a default order has been signed, the **Moving Party** shall thereafter advise all affected parties. If a default order has not been signed, the parties will be **required** to appear in Court at the hearing on the above date and time.

4. A **maximum** of 10 minutes has been allotted to hear this matter. Should this matter require more than 10 minutes, the parties are required to so notify the Courtroom Deputy **immediately**.

5. If applicable, **Debtor(s) SHALL FILE a Certification Of Discharge Eligibility**, pursuant to 11 U.S.C. Section 1328, on or before **5/11/20.**

　　　　　　　　　　　　　　　　　　　　　　　　　　Carlota M. Bohm
　　　　　　　　　　　　　　　　　　　　　　　　　　United States Bankruptcy Judge

cm: **All Parties**

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Jonathan J. Dudek  
Mandi M. Dudek  
    Debtors

Case No. 16-20484-CMB  
Chapter 13

# CERTIFICATE OF NOTICE

```
District/off: 0315-2          User: dric                   Page 1 of 2                   Date Rcvd: Mar 27, 2020
                              Form ID: 408                 Total Noticed: 35
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 29, 2020.

```
db/jdb         +Jonathan J. Dudek,    Mandi M. Dudek,    110 Scott Road,    Pittsburgh, PA 15239-1433
aty            +Glenn R. Bartifay,    3134 Lillian Avenue,    First Floor,    First Floor,
                 Murrysville, PA 15668,    US 15668-1868
cr             +Ally Financial,    Tucker Arensberg, P.C.,    c/o Brett A. Solomon, Esquire,    1500 One PPG Place,
                 Pittsburgh, Pa 15222-5413
cr             +Peoples Natural Gas Company, LLC,    Attn: Dawn Lindner,    225 North Shore Drive,
                 Pittsburgh, PA 15212-5860
14178183       +Barclays Bank Delaware,    Po Box 8801,    Wilmington, DE 19899-8801
14178185       +Citibank / Sears,    Citicorp Credit Services/Centralized Ban,    Po Box 790040,
                 Saint Louis, MO 63179-0040
14209233       +County of Allegheny,    c/o Goehring Rutter & Boehm,    437 Grant Street, 14th Floor,
                 Pittsburgh, PA 15219-6101
14178186       +Fed Loan Servicing,    Po Box 69184,    Harrisburg, PA 17106-9184
14178187       +Harry Schlegal, Collector,    Plum Borough Realty Tax Department,    4555 New Texas Road,
                 Pittsburgh, PA 15239-1166
14279455       +Kristen Lauschus,    1740 State Route 356,    Leechburg, PA 15656-2010
14193486        Navient Solutions, Inc. on behalf of,    United Student Aid Funds, Inc.,
                 Attn: Bankruptcy Litigation Unit E3149,    PO Box 9430,    Wilkes Barre, PA 18773-9430
14284981       +Plum Borough School Dist.,    c/o Andrews & Price, LLP,    1500 Ardmore Blvd., Suite 506,
                 Pittsburgh, PA 15221-4468
14178189       +Snap On Crdt,    Attn: Bankruptcy,    950 Technology Way  Suite 301,
                 Libertyville, IL 60048-5339
14178190       +Standard Bank,    2640 Monroeville B,    Monroeville, PA 15146-2314
14178192      ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
               (address filed with court: Toyota Mtr,     Toyota Financial Services,    P.O. Box 8026,
                 Cedar Rapids, IA 52408)
14980707        Toyota Lease Trust,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern  PA 19355-0701
14189735       +Toyota Lease Trust,    c/o Toyota Motor Credit Corporation,    PO Box 9013,
                 Addison, Texas 75001-9013
14203585        U.S. Department of Education,    c/o Fedloan Servicing,    P.O. Box 69184,
                 Harrisburg, PA 17106-9184
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
cr              E-mail/Text: GUARBKe-courtdocs@ascendiumeducation.org Mar 28 2020 03:48:46
                 GLHEC & Affiliates: GLHEGC, NELA, USAF,    PO Box 8961,    Madison, WI  53708
cr             +E-mail/Text: hhribal@standardbankpa.com Mar 28 2020 03:49:50      Standard Bank PaSB,
                 2640 Monroeville Boulevard,    Monroeville, PA 15146-2314
14178181       +E-mail/Text: ally@ebn.phinsolutions.com Mar 28 2020 03:48:48      Ally,    P.O. Box 380901,
                 Minneapolis, MN 55438-0901
14178182       +E-mail/Text: ally@ebn.phinsolutions.com Mar 28 2020 03:48:48      Ally Financial,
                 P.O. Box 380901,    Bloomington, MN 55438-0901
14180576        E-mail/Text: ally@ebn.phinsolutions.com Mar 28 2020 03:48:48      Ally Financial,
                 PO Box 130424,    Roseville, MN 55113-0004
14229179       +E-mail/Text: bncmail@w-legal.com Mar 28 2020 03:50:31      CERASTES, LLC,
                 C O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
14178184       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Mar 28 2020 03:44:03      Capital One,
                 Attn: Bankruptcy,    Po Box 30285,    Salt Lake City, UT 84130-0285
14196182        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Mar 28 2020 03:43:14
                 Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC  28272-1083
14244211       +E-mail/Text: kburkley@bernsteinlaw.com Mar 28 2020 03:50:57      Duquesne Light Company,
                 c/o Peter J. Ashcroft,,    Bernstein-Burkley, P.C.,,    707 Grant St., Suite 2200, Gulf Tower,,
                 Pittsburgh, PA 15219-1945
14917763        E-mail/Text: GUARBKe-courtdocs@ascendiumeducation.org Mar 28 2020 03:48:46
                 GLHEC & Aff: GLHEGC, NELA, USAF,    PO Box 8961,    Madison WI 53708-8961
14224110       +E-mail/Text: bankruptcydpt@mcmcg.com Mar 28 2020 03:50:19      Midland Funding LLC,
                 PO Box 2011,    Warren MI 48090-2011
14178188       +E-mail/PDF: pa_dc_claims@navient.com Mar 28 2020 03:44:08      Navient,    Attn: Claims Dept,
                 Po Box 9500,    Wilkes-Barr, PA 18773-9500
14243911        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 28 2020 03:43:25
                 Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541
14180585        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Mar 28 2020 03:50:10
                 Pennsylvania Department of Revenue,    Bankruptcy division, P O Box 280946,
                 Harrisburg P A 17128-0946
14178191       +E-mail/PDF: gecsedi@recoverycorp.com Mar 28 2020 03:43:07      Synchrony Bank/Lowes,
                 Attn: Bankruptcy,    Po Box 103104,    Roswell, GA 30076-9104
14808106        E-mail/Text: GUARBKe-courtdocs@ascendiumeducation.org Mar 28 2020 03:48:46
                 United Student Aid Funds, Inc (USAF),    PO Box 8961,    Madison WI 53708-8961
14901156       +E-mail/Text: bankruptcynotice@westlakefinancial.com Mar 28 2020 03:50:20
                 WESTLAKE FINANCIAL SERVICES,    4751 WILSHIRE BLVD,    SUITE 100,    LOS ANGELES CA 90010-3847
                                                                                              TOTAL: 17
```

```
District/off: 0315-2          User: dric              Page 2 of 2                Date Rcvd: Mar 27, 2020
                              Form ID: 408            Total Noticed: 35

             ***** BYPASSED RECIPIENTS (continued) *****

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Allegheny County
cr              Duquesne Light Company
cr              Plum Borough School District c/o Weiss Burkardt Kr,   445 Fort Pitt Blvd Ste 503,   Pittsburgh
cr              Toyota Lease Trust
cr              Toyota Lease Trust
                                                                              TOTALS: 5, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 29, 2020                                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 27, 2020 at the address(es) listed below:
              Barbara A. Fein    on behalf of Creditor    Toyota Lease Trust bfein@sanddlawyers.com,
               mhanford@sanddlawyers.com
              Brett A. Solomon    on behalf of Creditor    Ally Financial bsolomon@tuckerlaw.com,
               agilbert@tuckerlaw.com
              Edward T. Harvey    on behalf of Creditor    Standard Bank PaSB eharvey@hrslaw.com,
               dscott@hrslaw.com
              Glenn R. Bartifay    on behalf of Debtor Jonathan J. Dudek gbartifay@bartifaylaw.com,
               sfallat@bartifaylaw.com;gbartifay@yahoo.com;lkarageorgiou@bartifaylaw.com;jquoresimo@bartifaylaw.
               com
              Glenn R. Bartifay    on behalf of Joint Debtor Mandi M. Dudek gbartifay@bartifaylaw.com,
               sfallat@bartifaylaw.com;gbartifay@yahoo.com;lkarageorgiou@bartifaylaw.com;jquoresimo@bartifaylaw.
               com
              Glenn R. Bartifay    on behalf of Attorney Glenn R. Bartifay gbartifay@bartifaylaw.com,
               sfallat@bartifaylaw.com;gbartifay@yahoo.com;lkarageorgiou@bartifaylaw.com;jquoresimo@bartifaylaw.
               com
              James Warmbrodt    on behalf of Creditor    Toyota Lease Trust bkgroup@kmllawgroup.com
              Jeffrey R. Hunt    on behalf of Creditor    Allegheny County jhunt@grblaw.com, cnoroski@grblaw.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
               ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              Ryan G Lemke    on behalf of Creditor    Standard Bank PaSB rlemke@hrslaw.com
              S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company, LLC sjw@sjwpgh.com,
               srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
              Victor Samuel Kustra    on behalf of Creditor    Plum Borough School District c/o Weiss Burkardt
               Kramer LLC csilliman@wbklegal.com,  jburkardt@wbklegal.com
                                                                                              TOTAL: 14
```