**IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>JONATHAN J. DUDEK<br>MANDI M. DUDEK<br>    Debtor(s)<br><br>Ronda J. Winnecour<br>  Chapter 13 Trustee,<br>        Movant<br>            vs.<br>No Respondents. | Case No.:16-20484<br><br>Chapter 13<br><br>Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR
AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

1. The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

2. The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

3. Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

4. After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report").  Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

**Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.

March 23, 2020

/s/  Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 02/15/2016 and confirmed on 3/18/16 . The case was subsequently Completed After Confirmation

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 97,650.40 |
| Less Refunds to Debtor | 2,617.30 | |
| TOTAL AMOUNT OF PLAN FUND | | 95,033.10 |
| Administrative Fees | | |
|    Filing Fee | 0.00 | |
|    Notice Fee | 0.00 | |
|    Attorney Fee | 3,936.00 | |
|    Trustee Fee | 4,061.24 | |
|    Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 7,997.24 |

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   STANDARD BANK PASB-FRMRLY | 0.00 | 47,607.84 | 0.00 | 47,607.84 |
|     Acct: 1409 | | | | |
|   STANDARD BANK PASB-FRMRLY | 2,033.25 | 2,033.25 | 0.00 | 2,033.25 |
|     Acct: 1409 | | | | |
|   PLUM BOROUGH (RE) | 696.41 | 696.41 | 239.10 | 935.51 |
|     Acct: 1N80 | | | | |
|   COUNTY OF ALLEGHENY (R/E TAX)* | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 1N80 | | | | |
|   PLUM BOROUGH SD (PLUM) (RE) | 7,253.91 | 7,253.91 | 2,478.26 | 9,732.17 |
|     Acct: 1N80 | | | | |
|   PLUM BOROUGH SD (PLUM) (RE) | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 1N80 | | | | |
| | | | | 60,308.77 |
| **Priority** | | | | |
|   GLENN R BARTIFAY ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   JONATHAN J. DUDEK | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   JONATHAN J. DUDEK | 2,617.30 | 2,617.30 | 0.00 | 0.00 |
|     Acct: | | | | |
|   BARTIFAY LAW OFFICES PC | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   GLENN R BARTIFAY ESQ | 3,936.00 | 3,936.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   GLENN R BARTIFAY ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: XXXXXXXXXXXXXXXXXXXXXXXXXX8-18 | | | | |
|   DOMESTIC RELATIONS OBLIGATION | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   KRISTEN LAUSHUS | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 6384 | | | | |
|   ALLY FINANCIAL(*) | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 2807 | | | | |
|   TOYOTA LEASE TRUST | 18,839.94 | 18,839.94 | 0.00 | 18,839.94 |

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Priority** | | | | |
| Acct: R995 | | | | |
| PA DEPARTMENT OF REVENUE* | 717.12 | 717.12 | 0.00 | 717.12 |
| Acct: 1409 | | | | |
| WESTLAKE SERVICES LLC(*) DBA WEST | 0.00 | 7,170.03 | 0.00 | 7,170.03 |
| Acct: 0528 | | | | |
| | | | | 26,727.09 |
| **Unsecured** | | | | |
| DUQUESNE LIGHT COMPANY* | 214.31 | 0.00 | 0.00 | 0.00 |
| Acct: 8229 | | | | |
| CERASTES LLC | 860.01 | 0.00 | 0.00 | 0.00 |
| Acct: 0126 | | | | |
| CAPITAL ONE BANK (USA) NA BY AMERI( | 5,726.86 | 0.00 | 0.00 | 0.00 |
| Acct: 8218 | | | | |
| CAPITAL ONE BANK (USA) NA BY AMERI( | 3,279.63 | 0.00 | 0.00 | 0.00 |
| Acct: 2451 | | | | |
| CAPITAL ONE BANK (USA) NA BY AMERI( | 3,181.72 | 0.00 | 0.00 | 0.00 |
| Acct: 8673 | | | | |
| CAPITAL ONE BANK (USA) NA BY AMERI( | 3,901.45 | 0.00 | 0.00 | 0.00 |
| Acct: 1555 | | | | |
| CAPITAL ONE BANK (USA) NA BY AMERI( | 1,350.52 | 0.00 | 0.00 | 0.00 |
| Acct: 2427 | | | | |
| PRA/PORTFOLIO RECOVERY ASSOC | 1,422.54 | 0.00 | 0.00 | 0.00 |
| Acct: 1496 | | | | |
| US DEPARTMENT OF EDUCATION | 1,257.78 | 0.00 | 0.00 | 0.00 |
| Acct: 1409 | | | | |
| FEDERAL LOAN SERVICING | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0001 | | | | |
| FEDERAL LOAN SERVICING | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0002 | | | | |
| GLHEC & AFFILIATES: GLHEGC NELA US | 4,212.87 | 0.00 | 0.00 | 0.00 |
| Acct: 8229 | | | | |
| SNAP-ON CREDIT LLC | 3,769.53 | 0.00 | 0.00 | 0.00 |
| Acct: 4228 | | | | |
| MIDLAND FUNDING LLC | 1,034.98 | 0.00 | 0.00 | 0.00 |
| Acct: 2238 | | | | |
| PA DEPARTMENT OF REVENUE* | 3.75 | 0.00 | 0.00 | 0.00 |
| Acct: 1409 | | | | |
| UNITED STUDENT AID FUNDS INC (USAF | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 8229 | | | | |
| TOYOTA LEASE TRUST | 972.10 | 0.00 | 0.00 | 0.00 |
| Acct: 7995 | | | | |
| PEOPLES NATURAL GAS CO LLC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| JEFFREY R HUNT ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| TOYOTA LEASE TRUST | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| JAMES C WARMBRODT ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |

***N O N E***

TOTAL PAID TO CREDITORS                                                                   87,035.86

| TOTAL | |
|---|---:|
| CLAIMED | 19,557.06 |
| PRIORITY | 9,983.57 |
| SECURED | 31,188.05 |

Date: 03/23/2020

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399  
CHAPTER 13 TRUSTEE WD PA  
600 GRANT STREET  
SUITE 3250 US STEEL TWR  
PITTSBURGH, PA  15219  
(412) 471-5566  
cmecf@chapter13trusteewdpa.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:
    JONATHAN J. DUDEK
    MANDI M. DUDEK
        Debtor(s)

    Ronda J. Winnecour
        Movant
      vs.
    No Repondents.

Case No.:16-20484

Chapter 13

Document No.:

ORDER OF COURT

  AND NOW, this _____day of _____, 20____, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

  (1).  This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

  (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

  (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

  (4). Property of the estate hereby revests in the debtor(s).  This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan.  All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

  (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or  rejected the plan.  All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

  (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report").  Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

                                              BY THE COURT:

                                              _____

                                              U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court
Western District of Pennsylvania

```
In re:                                                          Case No. 16-20484-CMB
Jonathan J. Dudek                                               Chapter 13
Mandi M. Dudek
        Debtors                    CERTIFICATE OF NOTICE
District/off: 0315-2         User: dric              Page 1 of 2         Date Rcvd: Mar 27, 2020
                             Form ID: pdf900         Total Noticed: 35


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 29, 2020.
db/jdb         +Jonathan J. Dudek,    Mandi M. Dudek,    110 Scott Road,    Pittsburgh, PA 15239-1433
aty            +Glenn R. Bartifay,    3134 Lillian Avenue,    First Floor,    First Floor,
                 Murrysville, PA 15668,    US 15668-1868
cr             +Ally Financial,    Tucker Arensberg, P.C.,    c/o Brett A. Solomon, Esquire,    1500 One PPG Place,
                 Pittsburgh, Pa 15222-5413
cr             +Peoples Natural Gas Company, LLC,    Attn: Dawn Lindner,    225 North Shore Drive,
                 Pittsburgh, PA 15212-5860
14178183       +Barclays Bank Delaware,    Po Box 8801,    Wilmington, DE 19899-8801
14178185       +Citibank / Sears,    Citicorp Credit Services/Centralized Ban,     Po Box 790040,
                 Saint Louis, MO 63179-0040
14209233       +County of Allegheny,    c/o Goehring Rutter & Boehm,    437 Grant Street, 14th Floor,
                 Pittsburgh, PA 15219-6101
14178186       +Fed Loan Servicing,    Po Box 69184,    Harrisburg, PA 17106-9184
14178187       +Harry Schlegal, Collector,    Plum Borough Realty Tax Department,    4555 New Texas Road,
                 Pittsburgh, PA 15239-1166
14279455       +Kristen Lauschus,    1740 State Route 356,    Leechburg, PA 15656-2010
14193486        Navient Solutions, Inc. on behalf of,    United Student Aid Funds, Inc.,
                 Attn: Bankruptcy Litigation Unit E3149,    PO Box 9430,    Wilkes Barre, PA 18773-9430
14284981       +Plum Borough School Dist.,    c/o Andrews & Price, LLP,    1500 Ardmore Blvd., Suite 506,
                 Pittsburgh, PA 15221-4468
14178189       +Snap On Crdt,    Attn: Bankruptcy,    950 Technology Way  Suite 301,
                 Libertyville, IL 60048-5339
14178190       +Standard Bank,    2640 Monroeville B,    Monroeville, PA 15146-2314
14178192      ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
                (address filed with court: Toyota Mtr,    Toyota Financial Services,     P.O. Box 8026,
                 Cedar Rapids, IA 52408)
14980707        Toyota Lease Trust,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern  PA 19355-0701
14189735       +Toyota Lease Trust,    c/o Toyota Motor Credit Corporation,    PO Box 9013,
                 Addison, Texas 75001-9013
14203585        U.S. Department of Education,    c/o Fedloan Servicing,    P.O. Box 69184,
                 Harrisburg, PA 17106-9184

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr              E-mail/Text: GUARBKe-courtdocs@ascendiumeducation.org Mar 28 2020 03:48:46
                 GLHEC & Affiliates: GLHEGC, NELA, USAF,    PO Box 8961,    Madison, WI  53708
cr             +E-mail/Text: hhribal@standardbankpa.com Mar 28 2020 03:49:50      Standard Bank PaSB,
                 2640 Monroeville Boulevard,    Monroeville, PA 15146-2314
14178181       +E-mail/Text: ally@ebn.phinsolutions.com Mar 28 2020 03:48:48      Ally,    P.O. Box 380901,
                 Minneapolis, MN 55438-0901
14178182       +E-mail/Text: ally@ebn.phinsolutions.com Mar 28 2020 03:48:48      Ally Financial,
                 P.O. Box 380901,    Bloomington, MN 55438-0901
14180576        E-mail/Text: ally@ebn.phinsolutions.com Mar 28 2020 03:48:48      Ally Financial,
                 PO Box 130424,    Roseville, MN 55113-0004
14229179       +E-mail/Text: bncmail@w-legal.com Mar 28 2020 03:50:31      CERASTES, LLC,
                 C O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
14178184       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Mar 28 2020 03:43:15      Capital One,
                 Attn: Bankruptcy,    Po Box 30285,    Salt Lake City, UT 84130-0285
14196182        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Mar 28 2020 03:43:15
                 Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC  28272-1083
14244211       +E-mail/Text: kburkley@bernsteinlaw.com Mar 28 2020 03:50:58      Duquesne Light Company,
                 c/o Peter J. Ashcroft,,    Bernstein-Burkley, P.C.,,    707 Grant St., Suite 2200, Gulf Tower,,
                 Pittsburgh, PA 15219-1945
14917763        E-mail/Text: GUARBKe-courtdocs@ascendiumeducation.org Mar 28 2020 03:48:46
                 GLHEC & Aff: GLHEGC, NELA, USAF,    PO Box 8961,    Madison WI 53708-8961
14224110       +E-mail/Text: bankruptcydpt@mcmcg.com Mar 28 2020 03:50:19      Midland Funding LLC,
                 PO Box 2011,    Warren MI 48090-2011
14178188       +E-mail/PDF: pa_dc_claims@navient.com Mar 28 2020 03:44:07      Navient,    Attn: Claims Dept,
                 Po Box 9500,    Wilkes-Barr, PA 18773-9500
14243911        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 28 2020 03:42:36
                 Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541
14180585        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Mar 28 2020 03:50:11
                 Pennsylvania Department of Revenue,    Bankruptcy division, P O Box 280946,
                 Harrisburg P A 17128-0946
14178191       +E-mail/PDF: gecsedi@recoverycorp.com Mar 28 2020 03:43:07      Synchrony Bank/Lowes,
                 Attn: Bankruptcy,    Po Box 103104,    Roswell, GA 30076-9104
14808106        E-mail/Text: GUARBKe-courtdocs@ascendiumeducation.org Mar 28 2020 03:48:46
                 United Student Aid Funds, Inc (USAF),    PO Box 8961,    Madison WI 53708-8961
14901156       +E-mail/Text: bankruptcynotice@westlakefinancial.com Mar 28 2020 03:50:20
                 WESTLAKE FINANCIAL SERVICES,    4751 WILSHIRE BLVD,    SUITE 100,    LOS ANGELES CA 90010-3847
                                                                                              TOTAL: 17
```

```
District/off: 0315-2           User: dric               Page 2 of 2              Date Rcvd: Mar 27, 2020
                               Form ID: pdf900         Total Noticed: 35
```

```
             ***** BYPASSED RECIPIENTS (continued) *****

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Allegheny County
cr              Duquesne Light Company
cr              Plum Borough School District c/o Weiss Burkardt Kr,   445 Fort Pitt Blvd Ste 503,    Pittsburgh
cr              Toyota Lease Trust
cr              Toyota Lease Trust
                                                                                 TOTALS: 5, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 29, 2020                                  Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 23, 2020 at the address(es) listed below:
              Barbara A. Fein    on behalf of Creditor    Toyota Lease Trust bfein@sanddlawyers.com,
               mhanford@sanddlawyers.com
              Brett A. Solomon    on behalf of Creditor    Ally Financial bsolomon@tuckerlaw.com,
               agilbert@tuckerlaw.com
              Edward T. Harvey    on behalf of Creditor    Standard Bank PaSB eharvey@hrslaw.com,
               dscott@hrslaw.com
              Glenn R. Bartifay    on behalf of Debtor Jonathan J. Dudek gbartifay@bartifaylaw.com,
               sfallat@bartifaylaw.com;gbartifay@yahoo.com;lkarageorgiou@bartifaylaw.com;jquoresimo@bartifaylaw.
               com
              Glenn R. Bartifay    on behalf of Joint Debtor Mandi M. Dudek gbartifay@bartifaylaw.com,
               sfallat@bartifaylaw.com;gbartifay@yahoo.com;lkarageorgiou@bartifaylaw.com;jquoresimo@bartifaylaw.
               com
              Glenn R. Bartifay    on behalf of Attorney Glenn R. Bartifay gbartifay@bartifaylaw.com,
               sfallat@bartifaylaw.com;gbartifay@yahoo.com;lkarageorgiou@bartifaylaw.com;jquoresimo@bartifaylaw.
               com
              James Warmbrodt    on behalf of Creditor    Toyota Lease Trust bkgroup@kmllawgroup.com
              Jeffrey R. Hunt    on behalf of Creditor    Allegheny County jhunt@grblaw.com, cnoroski@grblaw.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
               ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              Ryan G Lemke    on behalf of Creditor    Standard Bank PaSB rlemke@hrslaw.com
              S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company, LLC sjw@sjwpgh.com,
               srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
              Victor Samuel Kustra    on behalf of Creditor    Plum Borough School District c/o Weiss Burkardt
               Kramer LLC csilliman@wbklegal.com,   jburkardt@wbklegal.com
                                                                                             TOTAL: 14