**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Jonathan J. Dudek** | Social Security number or ITIN   **xxx–xx–1409** |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | **Mandi M. Dudek** | Social Security number or ITIN   **xxx–xx–8229** |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court   **WESTERN DISTRICT OF PENNSYLVANIA**

Case number:   **16–20484–CMB**

# Order of Discharge                                                12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Jonathan J. Dudek                                   Mandi M. Dudek
                                                    fka Mandi Stoner

<u>5/12/20</u>                         **By the court:**    <u>Carlota M. Bohm</u>
                                                    United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Jonathan J. Dudek  
Mandi M. Dudek  
    Debtors

Case No. 16-20484-CMB  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: agro      Page 1 of 2      Date Rcvd: May 12, 2020  
Form ID: 3180W      Total Noticed: 36

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 14, 2020.

```
db/jdb         +Jonathan J. Dudek,    Mandi M. Dudek,    110 Scott Road,    Pittsburgh, PA 15239-1433
aty            +Glenn R. Bartifay,    3134 Lillian Avenue,    First Floor,    First Floor,
                 Murrysville, PA  15668,    US 15668-1868
cr             +Ally Financial,    Tucker Arensberg, P.C.,    c/o Brett A. Solomon, Esquire,    1500 One PPG Place,
                 Pittsburgh, Pa 15222-5413
cr             +Peoples Natural Gas Company, LLC,    Attn: Dawn Lindner,    225 North Shore Drive,
                 Pittsburgh, PA 15212-5860
14178185       +Citibank / Sears,    Citicorp Credit Services/Centralized Ban,    Po Box 790040,
                 Saint Louis, MO 63179-0040
14209233       +County of Allegheny,    c/o Goehring Rutter & Boehm,    437 Grant Street, 14th Floor,
                 Pittsburgh, PA 15219-6101
14178186       +Fed Loan Servicing,    Po Box 69184,    Harrisburg, PA 17106-9184
14178187       +Harry Schlegal, Collector,    Plum Borough Realty Tax Department,    4555 New Texas Road,
                 Pittsburgh, PA 15239-1166
14279455       +Kristen Lauschus,    1740 State Route 356,    Leechburg, PA 15656-2010
14193486        Navient Solutions, Inc. on behalf of,    United Student Aid Funds, Inc.,
                 Attn: Bankruptcy Litigation Unit E3149,    PO Box 9430,    Wilkes Barre, PA 18773-9430
14284981       +Plum Borough School Dist.,    c/o Andrews & Price, LLP,    1500 Ardmore Blvd., Suite 506,
                 Pittsburgh, PA 15221-4468
14178189       +Snap On Crdt,    Attn: Bankruptcy,    950 Technology Way  Suite 301,
                 Libertyville, IL 60048-5339
14178190       +Standard Bank,    2640 Monroeville B,    Monroeville, PA 15146-2314
14189735       +Toyota Lease Trust,    c/o Toyota Motor Credit Corporation,    PO Box 9013,
                 Addison, Texas 75001-9013
14203585        U.S. Department of Education,    c/o Fedloan Servicing,    P.O. Box 69184,
                 Harrisburg, PA 17106-9184
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us May 13 2020 03:59:10      Pennsylvania Dept. of Revenue,
                 Department 280946,    P.O. Box 280946,    ATTN: BANKRUPTCY DIVISION,
                 Harrisburg, PA  17128-0946
cr              E-mail/Text: GUARBKe-courtdocs@ascendiumeducation.org May 13 2020 03:58:41
                 GLHEC & Affiliates: GLHEGC, NELA, USAF,    PO Box 8961,    Madison, WI  53708
cr             +E-mail/Text: hhribal@standardbankpa.com May 13 2020 03:58:52      Standard Bank PaSB,
                 2640 Monroeville Boulevard,    Monroeville, PA 15146-2314
14178181       +EDI: GMACFS.COM May 13 2020 07:33:00      Ally,    P.O. Box 380901,    Minneapolis, MN 55438-0901
14178182       +EDI: GMACFS.COM May 13 2020 07:33:00      Ally Financial,    P.O. Box 380901,
                 Bloomington, MN 55438-0901
14180576        EDI: GMACFS.COM May 13 2020 07:33:00      Ally Financial,    PO Box 130424,
                 Roseville, MN 55113-0004
14178183       +EDI: TSYS2.COM May 13 2020 07:33:00      Barclays Bank Delaware,    Po Box 8801,
                 Wilmington, DE 19899-8801
14229179       +E-mail/Text: bncmail@w-legal.com May 13 2020 03:59:28      CERASTES, LLC,
                 C O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
14178184       +EDI: CAPITALONE.COM May 13 2020 07:33:00      Capital One,    Attn: Bankruptcy,    Po Box 30285,
                 Salt Lake City, UT 84130-0285
14196182        EDI: CAPITALONE.COM May 13 2020 07:33:00      Capital One Bank (USA), N.A.,    PO Box 71083,
                 Charlotte, NC  28272-1083
14244211       +E-mail/Text: kburkley@bernsteinlaw.com May 13 2020 03:59:55      Duquesne Light Company,
                 c/o Peter J. Ashcroft,,    Bernstein-Burkley, P.C.,,    707 Grant St., Suite 2200, Gulf Tower,,
                 Pittsburgh, PA 15219-1945
14917763        E-mail/Text: GUARBKe-courtdocs@ascendiumeducation.org May 13 2020 03:58:41
                 GLHEC & Aff: GLHEGC, NELA, USAF,    PO Box 8961,    Madison WI 53708-8961
14224110       +EDI: MID8.COM May 13 2020 07:33:00      Midland Funding LLC,    PO Box 2011,
                 Warren MI 48090-2011
14178188       +EDI: NAVIENTFKASMSERV.COM May 13 2020 07:33:00      Navient,    Attn: Claims Dept,    Po Box 9500,
                 Wilkes-Barr, PA 18773-9500
14243911        EDI: PRA.COM May 13 2020 07:33:00      Portfolio Recovery Associates, LLC,    POB 12914,
                 Norfolk VA 23541
14180585        E-mail/Text: RVSVCBICNOTICE1@state.pa.us May 13 2020 03:59:10
                 Pennsylvania Department of Revenue,    Bankruptcy division, P O Box 280946,
                 Harrisburg P A 17128-0946
14178191       +EDI: RMSC.COM May 13 2020 07:33:00      Synchrony Bank/Lowes,    Attn: Bankruptcy,
                 Po Box 103104,    Roswell, GA 30076-9104
14178192        EDI: TFSR.COM May 13 2020 07:33:00      Toyota Mtr,    Toyota Financial Services,    P.O. Box 8026,
                 Cedar Rapids, IA 52408
14980707        EDI: BL-BECKET.COM May 13 2020 07:33:00      Toyota Lease Trust,    c/o Becket and Lee LLP,
                 PO Box 3001,    Malvern  PA 19355-0701
14808106        E-mail/Text: GUARBKe-courtdocs@ascendiumeducation.org May 13 2020 03:58:41
                 United Student Aid Funds, Inc (USAF),    PO Box 8961,    Madison WI 53708-8961
14901156       +E-mail/Text: bankruptcynotice@westlakefinancial.com May 13 2020 03:59:18
                 WESTLAKE FINANCIAL SERVICES,    4751 WILSHIRE BLVD,    SUITE 100,    LOS ANGELES CA 90010-3847
                                                                                              TOTAL: 21
```

```
District/off: 0315-2          User: agro              Page 2 of 2           Date Rcvd: May 12, 2020
                              Form ID: 3180W          Total Noticed: 36


              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Allegheny County
cr              Duquesne Light Company
cr              Plum Borough School District c/o Weiss Burkardt Kr,   445 Fort Pitt Blvd Ste 503,    Pittsburgh
cr              Toyota Lease Trust
cr              Toyota Lease Trust
                                                                                   TOTALS: 5, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 14, 2020                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 12, 2020 at the address(es) listed below:
              Barbara A. Fein    on behalf of Creditor    Toyota Lease Trust bfein@sanddlawyers.com,
               mhanford@sanddlawyers.com
              Brett A. Solomon    on behalf of Creditor    Ally Financial bsolomon@tuckerlaw.com,
               agilbert@tuckerlaw.com
              Edward T. Harvey    on behalf of Creditor    Standard Bank PaSB eharvey@hrslaw.com,
               dscott@hrslaw.com
              Glenn R. Bartifay    on behalf of Debtor Jonathan J. Dudek gbartifay@bartifaylaw.com,
               sfallat@bartifaylaw.com;gbartifay@yahoo.com;lkarageorgiou@bartifaylaw.com
              Glenn R. Bartifay    on behalf of Joint Debtor Mandi M. Dudek gbartifay@bartifaylaw.com,
               sfallat@bartifaylaw.com;gbartifay@yahoo.com;lkarageorgiou@bartifaylaw.com
              Glenn R. Bartifay    on behalf of Attorney Glenn R. Bartifay gbartifay@bartifaylaw.com,
               sfallat@bartifaylaw.com;gbartifay@yahoo.com;lkarageorgiou@bartifaylaw.com
              James Warmbrodt    on behalf of Creditor    Toyota Lease Trust bkgroup@kmllawgroup.com
              Jeffrey R. Hunt    on behalf of Creditor    Allegheny County jhunt@grblaw.com, cnoroski@grblaw.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
               ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              Ryan G Lemke    on behalf of Creditor    Standard Bank PaSB rlemke@hrslaw.com
              S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company, LLC sjw@sjwpgh.com,
               srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
              Victor Samuel Kustra    on behalf of Creditor    Plum Borough School District c/o Weiss Burkardt
               Kramer LLC csilliman@wbklegal.com,  jburkardt@wbklegal.com
                                                                                             TOTAL: 14
```